# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**  Category No. **050**   Investigating Agency **FBI**

**City** Boston

**County** Suffolk

**Related Case Information:**
- Superseding Ind./ Inf.: _____   Case No.: _____
- Same Defendant / New Defendant
- Magistrate Judge Case Number: _____
- Search Warrant Case Number: 23-mj-8269, 23-mj-8274
- R 20/R 40 from District of: _____

## Defendant Information:

- Defendant Name: **CARLOS LOPEZ**   Juvenile: ☐ Yes ☑ No
- Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
- Alias Name: Rene Carlos Arias-Lopez
- Address (City & State): 45 Corona St. Apt. 3, Dorchester, MA
- Birth date (Yr only): 1996   SSN (last4#): _____   Sex: M   Race: U   Nationality: NICARAGUAN

**Defense Counsel if known:** _____   Address: _____

**Bar Number:** _____

## U.S. Attorney Information:

- AUSA: Elizabeth Riley   Bar Number if applicable: _____
- **Interpreter:** ☑ Yes ☐ No   List language and/or dialect: SPANISH
- **Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC §3771(d)(2): ☐ Yes ☑ No
- **Matter to be SEALED:** ☑ Yes ☐ No
- ☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

## Location Status:

**Arrest Date:** 06/01/2023

- ☐ Already in Federal Custody as of _____ in _____
- ☑ Already in State Custody at 20 Bradston St. Boston, MA   ☐ Serving Sentence   ☑ Awaiting Trial
- ☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 09/22/2023   Signature of AUSAs: /s/ Elizabeth Riley  /s/ Jessica Soto

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Carlos Gomez

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. §1591(a)(1),(b)(2) | Attempted sex trafficking of a child | 1 |
| Set 2 | and 1594 (a) | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____